John Rybicki, administrator of the estate of Wladyslawa M. Rybicki, deceased, appellant, v. Frank Daniel and Barbara Daniel, appellees. Gen. No. 34,115.

Opinion filed May 26, 1930.

Melville R. Thomson, for appellant; George H. Sugru, of counsel. Cunat & Cekan, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.